67 A.3d 758

In re Nomination Petition of John H. **MORLEY, Jr.,** as Candidate for the Democratic Nomination for the Office of Senator in the General Assembly of District Number One in the Primary Election of April 24, 2012.

Petition of Stanley Field and Max Nacheman.

Appeal of John H. Morley, Jr.

Supreme Court of Pennsylvania.

May 28, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of May, 2013, the Order of the Commonwealth Court is **AFFIRMED.**